UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GIOVANNI SORIA,

                                    Plaintiff,

                vs                                          9:04-CV-727

ROY A. GIRDICH, Superintendent; DEPUTY
LaCLAIR; CAPTAIN BEZIO; C.O. FULTON;
and C.O. TAYLOR,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

GIOVANNI SORIA
Plaintiff, Pro Se
0D-A-4508
UpState Correctional Facility
PO Box 2001
Malone, New York 12953

HON. ANDRE M. CUOMO
Attorney General of the                         MARIA MORAN, ESQ.
   State of New York                            Asst. Attorney General
Attorney for Defendants
Department of Law
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Plaintiff, Giovanni Soria, brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  By Report-Recommendation dated December 6, 2007, the Honorable Gustave J.

DiBianco, United States Magistrate Judge, recommended that defendants' motion for

summary judgment be granted and the amended complaint be dismissed in its entirety.  The

plaintiff has filed a request "to withdraw my petition, action and/or suit . . .  I no longer wish to

continue with the said proceedings . . .  I am doing this freely and of my own volition." Signed

Giovanni Soria (Docket No. 30).

Accordingly, it is

ORDERED that

1.  The action is DISCONTINUED:

2.  The amended complaint is DISMISSED with prejudice in all respects; and

2.  The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.


Dated:   January 23, 2008.                                   _____
              Utica, New York.                                    United States District Judge